UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:23-CR-00018-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER WITHDRAWING DENIAL OF DEFENDANT'S MOTION TO QUASH WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. | |
| MANUEL SALVADOR GIL-SOLANO, | [ECF No. 54] |
| Defendant. | |

On February 16, 2024, the Court held a hearing related to Defendant Manuel Salvador Gil-Solano's ("Gil-Solano") motion to quash the writ of habeas corpus ad prosequendum, (ECF No. 46). (ECF No. 54.) At the hearing, the Court denied the motion and indicated that a detailed written order would be issued. (*Id.*) Prior to the Court issuing the written order, however, Gil-Solano filed a motion to enforce the Court's prior release order, (ECF Nos. 5, 13). (ECF No. 55.) This motion has now been referred to the undersigned magistrate judge for decision. The issues raised by the motion to enforce the Court's prior release order appear to overlap, at least in part, with the prior motion to quash the writ of habeas corpus ad prosequendum.

Accordingly, the Court withdraws its denial of Gil-Solano's motion to quash the writ of habeas corpus ad prosequendum, (ECF No. 54), and the Court will issue an order addressing both motions once the latter motion is fully briefed.

**IT IS SO ORDERED.**

**DATED**: February 21, 2024 .

 *[signature]*
**UNITED STATES MAGISTRATE JUDGE**