# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL SALVADOR GIL-SOLANO,<br><br>    Defendant. | Case No. 3:23-cr-00018-MMD-CLB<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant, Manuel Salvador Gil-Solano.

JASON M. FRIERSON
United States Attorney

 /s/ Randolph J. St. Clair
RANDOLPH J. ST. CLAIR
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this  27th   day of June 2024.

_____
HONORABLE MIRANDA M. DU
UNITED STATES CHIEF DISTRICT JUDGE